**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **FORGENT NETWORKS, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO.: 2-05CV-318 (LED)** |
| | § | |
| **ECHOSTAR COMMUNICATIONS** | § | |
| **CORPORATION, ET AL,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ECHOSTAR COMMUNICATIONS CORPORATION AND ECHOSTAR DBS CORPORATION**

CAME ON TO BE HEARD this day Plaintiff Forgent Networks, Inc.'s Stipulation of Dismissal without Prejudice of Defendants Echostar Communications Corporation and Echostar DBS Corporation pursuant to Fed. R. Civ. P. 41(a)(1). It is hereby

ORDERED that the Plaintiff's claims against Defendants Echostar Communications Corporation and Echostar DBS Corporation are hereby dismissed without prejudice to refiling pursuant to the stipulation of the parties.

**So ORDERED and SIGNED this 6th day of February, 2006.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**