**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **FORGENT NETWORKS, INC.** § § **Plaintiff** § § vs. § § **ECHOSTAR COMMUNICATIONS CORPORATION, et al.** § § **Defendants** § § § § | **CASE NO. 2:05 CV 318 PATENT CASE** |

**ORDER**

Pursuant to the parties' agreement to try this case in Tyler, the Court **TRANSFERS** this case to the Tyler Division.

**So ORDERED and SIGNED this 9th day of May, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**